# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

150846(154)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DTE ELECTRIC COMPANY, a/k/a DETROIT
EDISON COMPANY,
      Plaintiff-Appellee,

v

JOSEPH CONSTANT,
      Defendant-Appellant.
_____/

SC: 150846
COA: 317976
Oakland CC: 2013-132055-CH

      On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on June 12, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015

